# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ZAFUL (HONG KONG) LIMITED, | Case No. 1:24-cv-11070 |
| Plaintiff, | |
| v. | Judge: Honorable Jeremy C. Daniel |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, | |
| Defendants. | |

## PRELIMINARY INJUNCTION ORDER

Plaintiff Zaful (Hong Kong) Limited ("Zaful") a private limited company organized in the country of China ("Plaintiff" or "Zaful") filed a Motion pursuant to Fed. R. Civ. P. 41 to voluntarily discontinue this action and dissolve the preliminary injunction by Order as to certain Defendants. After reviewing the Motion and the accompanying record, this Court GRANTS Zaful's Motion as follows:

1. The Court's December 27, 2024 Preliminary Injunction Order (ECF No. 20) is hereby dissolved and vacated as to Defendant STFS and Kirin Design.

2. The $10,000 bond posted by Zaful shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated against all remaining Defendants.

Dated: April 17, 2025

SO ORDERED

Jeremy C. Daniel
United States District Judge

97650\324439856.v1